# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GEORGE PIERCE,**<br>1606 Hayes Avenue<br>Fremont, OH 48788<br><br>    **Plaintiff,**<br><br>    v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY,**<br>2707 Martin Luther King Jr. Avenue SE<br>Washington, D.C. 20528<br><br>**U.S. CUSTOMS AND BORDER PROTECTION,**<br>1300 Pennsylvania Avenue NW<br>Washington, D.C. 20229<br><br>    **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

1. Plaintiff, GEORGE PIERCE, brings this Freedom of Information Act suit to force Defendants U.S. DEPARTMENT OF HOMELAND SECURITY and U.S. CUSTOMS AND BORDER PROTECTION to produce certain records generated, sent, and received by a Patrol Agent in Charge ("PAIC") that pertain to PIERCE. In violation of FOIA, Defendants have failed to comply with FOIA.

## PARTIES

2. Plaintiff GEORGE PIERCE made the FOIA request at issue in this case.

3. Defendant U.S. DEPARTMENT OF HOMELAND SECURITY ("DHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4. Defendant U.S. CUSTOMS AND BORDER PROTECTION ("CBP") is a component of DHS and is subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

5.      This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

6.      Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## OCTOBER 2, 2019, FOIA REQUEST (GRUPE EMAILS)

7.      On October 2, 2019, PIERCE submitted the following FOIA request to CBP: [1] "Emails located in PAIC Matthew J. Grupe's Office 365 (Outlook) account (Matthew.J.Grupe@cbp.dhs.gov) that contain the following search terms in the address block, title or body: Pierce, GP, EEO, 1606 Hayes Ave, Pierce.205@gmail.com, Drone, Declaration, Retaliation, Union, ARRL, Facebook, WhatsApp, Telegram, Signal, Local 2499. Responsive documents should be limited to the dates generated between June 1, 2016 to the final date that this request is processed. Please note that responsive documents may include but should not be limited to the above search terms. An alias or nickname may be substituted for my name" and [2] "Memorandums, contemporaneous notes, reports or narratives generated by PAIC Matt Grupe that detail the investigation of BPA George Pierce." Exhibit A.

8.      Upon PIERCE's request on CBP's FOIA portal, CBP assigned the reference number CBP-2020-000772 to the matter. Exhibit A.

9.      On November 1, 2019, CBP notified PIERCE that his request "has been closed as insufficient for one or more of the following reasons" and listed five reasons that did not directly apply to this request. Exhibit B.

10.     On November 22, 2019, PIERCE appealed. Exhibit C.

11.     On February 5, 2020, CBP assigned reference number CBP-AP-2020-014944 KKV to the matter and affirmed the denial. Exhibit D.

12. PIERCE requested records pertaining to himself and no other third party in his initial request.

13. As of the date of this filing, CBP has produced no records responsive to the request.

### COUNT I – OCTOBER 2, 2019, CBP'S FOIA VIOLATION

14. The above paragraphs are incorporated herein.

15. CBP is a component of DHS and is subject to FOIA.

16. The requested records are not exempt under FOIA.

17. CBP has refused to produce the requested materials in a timely manner.

**WHEREFORE**, PIERCE asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award Plaintiff attorneys' fees and costs;

v. award such other relief the Court considers appropriate.

Dated: February 28, 2020

RESPECTFULLY SUBMITTED,

/s/ *Merrick J. Wayne*

Attorney for Plaintiff
GEORGE PIERCE

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY

311 North Aberdeen, 3rd Floor<br>
Chicago, IL 60607<br>
312-243-5900<br>
foia@loevy.com