

FOIAonline

Home  Search  Run a Report  George

View My Requests

View this Request

Appeal this Request

## CBP-2020-000772 Request Details

**Request Details** | Correspondence | Financing | Released Records | Appeals

Submitted — Evaluation — Assignment — Processing — Closed

### Contact Information                                  Collapse −

| | |
|---|---|
| Full Name | George H Pierce |
| Organization | |
| Email Address | Pierce.205@gmail.com |
| Phone Number | 9062037991 |
| Fax Number | |
| Mailing Address Location | United States/US Territories |
| Address Line 1 | 1606 Hayes Ave |
| Address Line 2 | |
| City | Fremont |
| State/Province | OH |
| Zip Code/Postal Code | 49788 |

### Request Information

| | |
|---|---|
| Agency | U.S. Customs and Border Protection |
| Will Pay Up To | $50.00 |
| Date Submitted | 10/02/2019 |
| Estimated Date of Completion | TBD |
| Fee Category | |
| Request Track | Simple |
| Request Phase | Closed |
| Final Disposition | Improper FOIA Request for Other Reasons |

### Additional Information                                Collapse −

| | |
|---|---|
| Type of Records Requested | Other |
| On Behalf Of First | N/A |
| On Behalf Of Middle | N/A |
| On Behalf Of Last | N/A |
| Date of Birth | N/A |
| Aliases | N/A |
| Alien Number | N/A |
| Parents' Names | N/A |

### Description

| | |
|---|---|
| Description | please see attached |

Exhibit A



This is a request for documents under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act of 1974 (5 U.S.C. § 552a). My information:

| | |
|---|---|
| Name: | George H. Pierce Jr. |
| SSN: | 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 |
| DOB: | 04/09/1978 |
| Address: | 1606 Hayes Ave |
| | Fremont, Ohio 43420 |

**Context for Search**

I am currently in the hearing stage of the EEO process. The documents requested will be material and relevant in supporting my case and will help the Administrative Judge to make an informed decision about my claims.

**Documents Requested**

I am requesting that the following documents be furnished in electronic form, preferably in PDF or Excel spreadsheet:

A. Emails located in PAIC Matthew J. Grupe's Office 365 (Outlook) account (Matthew.J.Grupe@cbp.dhs.gov) that contain the following search terms in the address block, title or body:

| | |
|---|---|
| Pierce | Union |
| GP | ARRL |
| EEO | Facebook |
| 1606 Hayes Ave. | WhatsApp |
| Pierce.205@gmail.com | Telegram |
| Drone | Signal |
| Declaration | Local 2499 |
| Retaliation | |

Responsive documents should be limited to the dates generated between June 1, 2016 to the final date that this request is processed.

Please note that responsive documents may include but should not be limited to the above search terms. An alias or nickname may be substituted for my name.

B. Memorandums, contemporaneous notes, reports or narratives generated by PAIC Matt Grupe that detail the investigation of BPA George Pierce.

Please note: If the agency has privacy concerns regarding disclosing any of the documents requested, (please):

1. Provide the legal authority relied upon for the agency's decision to withhold the information.

2. FOIA requires any denial of a request to list the "names and titles or positions of each person responsible for the denial." 5 U.S.C.§ 552(a)(6)(C)