George H Pierce

N/A

1606 Hayes Ave

Fremont, OH, 49788

11/01/2019

CBP-2020-000772

Dear George H Pierce,

Pursuant to 6 C.F.R. Part 5 §5.3(b) of the DHS FOIA regulations, you must describe the records you are seeking with as much information as possible to ensure that our search of appropriate systems of records can find them with a reasonable amount of effort. Your FOIA request has been closed as insufficient for **one or more of the following reasons**:

·       **Your FOIA request is a third party request and did not include authorization that information on this individual, or business, can be released to you.  All third party FOIA requests must include a signed G-28 or G-639 form, or a signed statement from the individual verifying that his/her information may be released to you. Or, if requesting records pertaining to a business or company, a signed statement on company letterhead.**

·       **Did not include a date of birth.**

·       **Did not include a full name (and aliases as appropriate) of the individual in which you are seeking records**

·       Did not include a death certificate (or other proof that the subject is deceased)

·       Did not include a clear and detailed description of the records being requested. Please be advised that the FOIA does not require federal agencies to answer inquiries or create records in response to a FOIA request, but rather is limited to requiring agencies to provide access to reasonably described, nonexempt records.   As you have failed to reasonably describe the records you are seeking, your request is not a perfected request, and we are unable to initiate a search for responsive records.

Please resubmit your FOIA request, along with the required information, by logging into your existing FOIAonline account or go to https://foiaonline.gov to create an account.

Sincerely,

U.S. Customs and Border Protection

Exhibit B