I respectfully submit this as an appeal of CBP FOIA Division's final decision under the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act of 1974 (5 U.S.C. § 552a). This is an appeal of request CBP-2020-000772. Please find submitted along with this appeal, copies of the original request, the agency's final decision and applicable screenshots. I will address the points made in the decision letter.

1. CBP claims that my request is a third-party request.
    - I only requested information pertaining to myself and no other third party. I did not request any documents that contain anyone's Personally Identifiable Information (PII) but my own. Anyone else's PII can be easily redacted under the FOIA exemptions.
    - Since I am requesting information about myself, forms G-28 form or G-639 are not required.
2. Did not include a date of birth.
    - My date of birth is clearly stated.
3. Did not include full name.
    - I did put my name as required by the website's form and instructions provided. The instructions did not list a name.
    - In the final response the agency used my name "George H. Pierce".
    - 22 CFR § 503.2 gives the requirements for making a request. I fulfilled those requirements.
4. Did Not include a Death Certificate.
    - N/A
5. Did not include a clear and detailed description of the records being requested.
    - I requested emails, memorandums, contemporaneous notes, reports and narratives. These all meet the definition of "records" under FOIA.
    - My request was time restricted to records between a narrow range of dates.
    - A list of search terms was provided.
    - A context for search was provided that would drastically narrow the scope of the search.
    - Again, the request was restricted to documents pertaining to myself.
    - The location (account and person generating the records) of the records was restricted to one source.

I ask that consideration be given to this appeal and that this request be processed within 20 days.

Exhibit C